# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:10-cv-01549-JHN<br>Bankruptcy No. 6:09-bk-23636 DS | Date | January 24, 2011 |
|---|---|---|---|
| Title | In Re Robert A Bonito | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE re SANCTIONS  (In Chambers)

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before **February 14, 2011**, why sanctions should not be imposed for failure to comply with the Court's Order.  The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

**status report pursuant to the Court's Order, filed on December 9, 2010 [24].**

Appellees shall file bi-weekly status reports with the Court until these transcripts have been filed.  The parties shall file with the Court all other designated documents at the time that the above transcripts are filed (docket No. 24).

We have not received any status report since December 29, 2010 [26].

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of the action.

cc:        cacborders@cacb.uscourts.gov

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |